UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROASTING PLANT OF
MICHIGAN JV, LLC;
ROASTING PLANT OF
DEARBORN HEIGHTS, LLC;
ROASTING PLANT OF
ANN ARBOR, LLC;
ROASTING PLANT OF
DEABORN, LLC; and
ROASTING PLANT OF
SOUTHFIELD, LLC,

    Plaintiffs,                                  Civil Action No. 18-CV-10295

vs.                                        HON. BERNARD A. FRIEDMAN

ROASTING PLANT, INC.,
MIKE CASWELL, and
THOMAS HARTOCOLLIS,

    Defendants.
_____/

## **JUDGMENT**

        The Court has issued an opinion and order [docket entry 14] in this matter granting defendants' motion to dismiss.  Accordingly,

        IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendants and against plaintiffs.

                                                    DAVID J. WEAVER
                                                    CLERK OF COURT

                                                    By: Johnetta M. Curry-Williams
                                                        Deputy Clerk

Approved: s/Bernard A. Friedman
          BERNARD A. FRIEDMAN
          SENIOR U.S. DISTRICT JUDGE

Dated: November 9, 2018